IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                             )
    STEVEN T. OLSON,              )      Chapter 7
                                   )      Case No. 18-02735
                                   )      Judge Deborah L. Thorne
        Debtor.               )

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

      The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served either electronically or via U.S. First Class Mail on all parties listed on the attached Service List on the 21st day of December, 2018, before the hour of 5:00 p.m.

                                                                      /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Phone: (312) 641-6777
Fax: (312) 641-7114

## SERVICE LIST

*Parties Served electronically:*

United States Trustee
email: USTPRegion11.ES.ECF@usdoj.gov

Ariel Weissberg
Weissberg & Associates, Ltd.
401 S. LaSalle Street, Suite 403
Chicago, IL 60605

Lois West
Kutchins, Robbins & Diamond, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL 60601

Wilmington Savings Fund Society, Fsb, As
Trustee For Upland Mortgage Trust
c/o Codilis & Associates, P.C.
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527

Bank of America, N.A.
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

*Parties Served via U.S. First Class Mail:*

Steven T. Olson
740 W. Fulton Street, Apt. 1405
Chicago, IL 60661

BAC Home Loans Servicing LP
c/o Codilis & Associates, P.C.
Attn: Peter Bastianen
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

Chase Card
Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298

Chase Mortgage
Mail Code: OH4-7302
PO Box 24696
Columbus, OH 43224-0696

Lauren Tratar
c/o LOGIK Legal, LLC
11416 S. Prairie, Suite 300
Chicago, IL 60628-5047

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346