**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern DIVISION**

In re: OLSON, STEVEN T. § Case No. 18-02735
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Eugene Crane, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,731,487.67 | Assets Exempt: | $1,740,277.52 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $66,221.47 | Claims Discharged Without Payment: | $1,567,563.44 |
| Total Expenses of Administration: | $14,287.58 | | |

3) Total gross receipts of $80,509.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $80,509.05 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $86,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $14,287.58 | $14,287.58 | $14,287.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,402,685.08 | $1,620,676.82 | $1,620,676.82 | $66,221.47 |
| **TOTAL DISBURSEMENTS** | $2,488,685.08 | $1,634,964.40 | $1,634,964.40 | $80,509.05 |

4) This case was originally filed under chapter 7 on 01/31/2018. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/15/2019         By: /s/ Eugene Crane
                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SAVINGS: ALLIANT CREDIT UNION (APPROX.) | 1129-000 | $51,574.13 |
| Inherited IRA | 1229-000 | $28,934.92 |
| **TOTAL GROSS RECEIPTS** | | **$80,509.05** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Chase Mortgage | 4110-000 | $86,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$86,000.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Eugene Crane | 2100-000 | NA | $7,275.45 | $7,275.45 | $7,275.45 |
| Attorney for Trustee Fees - Crane, Simon, Clar & Dan | 3110-000 | NA | $4,974.00 | $4,974.00 | $4,974.00 |
| Attorney for Trustee, Expenses - Crane, Simon, Clar & Dan | 3120-000 | NA | $156.23 | $156.23 | $156.23 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $642.90 | $642.90 | $642.90 |
| Income Taxes - Internal Revenue Service (post-petition) - United States Treasury | 2810-000 | NA | $338.00 | $338.00 | $338.00 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | $901.00 | $901.00 | $901.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $14,287.58 | $14,287.58 | $14,287.58 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BAC Home Loans Servicing LP c/o Codilis and Associates, P.C. | 7200-000 | $2,389,576.99 | $1,620,676.82 | $1,620,676.82 | $66,221.47 |
| N/F | Chase Card | 7100-000 | $12,810.09 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $298.00 | NA | NA | NA |
| N/F | Lauren Tratar | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,402,685.08** | **$1,620,676.82** | **$1,620,676.82** | **$66,221.47** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 18-02735 | Trustee Name: | (330350) Eugene Crane |
| Case Name: | OLSON, STEVEN T. | Date Filed (f) or Converted (c): | 01/31/2018 (f) |
| | | § 341(a) Meeting Date: | 03/06/2018 |
| For Period Ending: | 03/15/2019 | Claims Bar Date: | 06/14/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1021 ROYAL SAINT GEORGE, NAPERVILLE, IL 60563-0000, DUPAGE COUNTY<br>Single-family home, Investment property. Entire property value: $800,000.00.  1/2 interest - Co-owned with non-filing sister.<br>This property was in foreclosure and was sold by the lien holder. | 450,000.00 | 0.00 | | 0.00 | FA |
| 2 | 740 W. FULTON ST., APT. 1405, CHICAGO, IL 60661-0000, COOK COUNTY<br>Condominium or cooperative. Entire property value: $900,000.00. Debtor's half is $450,000.00. Debtor has taken tenancy in entirety exemption and regular homestead exemption.<br>Need to investigate and object if necessary. | 450,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2001 AUDI TT ROADSTER, 80,000 (APPROX.) MILES<br>1/2 interest (approx. $2,500). Co-owned with non-filing spouse.  Entire property value: $5,000.00 | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 4 | 1/2 INTEREST IN FURNITURE, APPLIANCES, KITCHENWARE (APPROX.) | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5 | CELLPHONE, COMPUTER, PRINTER, I-POD (APPROX.) | 500.00 | 500.00 | | 0.00 | FA |
| 6 | MISCELLANEOUS WEARING APPAREL (APPROX.) | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2 RINGS AND 2 WATCHES (APPROX.) | 500.00 | 500.00 | | 0.00 | FA |
| 8 | CASH | 200.00 | 200.00 | | 0.00 | FA |
| 9 | SAVINGS: ALLIANT CREDIT UNION (APPROX.) | 51,063.98 | 51,063.98 | | 51,574.13 | FA |
| 10 | CHECKING: ALLIANT CREDIT UNION (APPROX.) | 322.54 | 322.54 | | 0.00 | FA |
| 11 | CHECKING: CHASE (APPROX.) | 4,187.61 | 187.61 | | 0.00 | FA |
| 12 | SAVINGS: CHASE | 0.00 | 0.00 | | 0.00 | FA |
| 13 | OLSON PROPERTIES, LLC, 50% OWNERSHIP<br>LLC formed to sell two properties co-owned by Debtor and husband.  Investigating the actual value of proceeds from sales and where the proceeds went. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | IRA: AMERIPRISE FINANCIAL AND T. ROWE PRICE (APPROX.) | 730,075.07 | 0.00 | | 0.00 | FA |
| 15 | PENSION: SURS, THE STATE UNIVERSITY RETIREMENT SYSTEM | Unknown | 0.00 | | 0.00 | FA |
| 16 | AMERIPRISE FINANCIAL (APPROX.)<br>Annuity owned by Debtor | 89,202.45 | 0.00 | | 0.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 18-02735 | Trustee Name: | (330350) Eugene Crane |
| --- | --- | --- | --- |
| Case Name: | OLSON, STEVEN T. | Date Filed (f) or Converted (c): | 01/31/2018 (f) |
| | | § 341(a) Meeting Date: | 03/06/2018 |
| For Period Ending: | 03/15/2019 | Claims Bar Date: | 06/14/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 17 | 1/2 INTEREST IN TIMESHARE IN ORLANDO, FLORIDA. OWNED IN TENANCY BY THE ENTIRETY, | Unknown | 0.00 | | 0.00 | FA |
| 18 | Ownership interest in Expressions of You<br>Design consulting business which operated until 2015. Listed in Statement of Financial Affairs. | Unknown | 0.00 | | 0.00 | FA |
| 19 | Inherited IRA (u) | Unknown | 29,000.00 | | 28,934.92 | FA |
| 19 | Assets Totals (Excluding unknown values) | $1,782,551.65 | $86,274.13 | | $80,509.05 | $0.00 |

**Major Activities Affecting Case Closing:**

12/21: TFR was filed with Court; Final Hearing on 01/31/2019 at 10 am J-Thorne (dk)
11/30: TFR filed with USTO for review (dk)
10/30: Tax returns prepared and filed with IRS and IDOR (dk)
07/10: Rec'd funds from liquidated inherited IRA (dk)
07/03: Filed POC on behalf of BAC Home Loans Servicing LP for loan deficiency of 1.6 million (dk)
04/24: Sent ltr to Debtor's atty requesting GO Limited and Olson Properties tax returns, Ameriprise IRA statements from 2012 on; where money came from to buy annuity. Need to trace where funds from sale of two properties went. (dk)
4/3 - Filed Motion to Extend Time to Obj to Discharge and Motion to Employ CSC&D - to be heard on April 10th (jm)
03/09: Filed Initial Report of Assets to set bar date (dk)
03/08: Investigation into ownership of Patents; Ownership of Property in Naperville pending foreclosure (Debtor says it was his sister's home); Two rental properties, one owned by Olson Properties and other jointly owned with spouse, sold in 2012 and 2014 - rec'd 1.1 million for both; claims 250K was used to renovate current home and rest for int'l travel? Investigate if proceeds deposited into Pension plan (dk)
03/06: appeared at 341 mtg; Investigate properties sold and where proceeds went; request cancelled checks from sale of 2 properties - did he deposit half into his pension?? Continued to 04/10; Trustee may want to examine him in our ofc on another date (dk)
03/05/2018: Rec'd check for 51K from bank account; deposited (dk)

**Initial Projected Date Of Final Report (TFR):** 12/31/2019     **Current Projected Date Of Final Report (TFR):** 12/19/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 18-02735 | | Trustee Name: | Eugene Crane (330350) |
| Case Name: | OLSON, STEVEN T. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3563 | | Account #: | ******8300 Checking |
| For Period Ending: | 03/15/2019 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/05/18 | {9} | Weissberg and Associates, Ltd | Liquidation of Alliant Credit Union Savings Account | 1129-000 | 51,574.13 | | 51,574.13 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.34 | 51,514.79 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 71.62 | 51,443.17 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.39 | 51,361.78 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 71.41 | 51,290.37 |
| 07/10/18 | {19} | Weissberg and Associates, Ltd | Proceeds from Debtor's Inherited IRA account | 1229-000 | 28,934.92 | | 80,225.29 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 106.43 | 80,118.86 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 119.08 | 79,999.78 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.36 | 79,938.42 |
| 10/30/18 | 101 | United States Treasury | EIN #30-6603563; 2018 Form 1041 | 2810-000 | | 338.00 | 79,600.42 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.27 | 79,528.15 |
| 02/05/19 | 102 | Eugene Crane | Distribution payment - Dividend paid at 100.00% of $7,275.45; Claim # FEE; Filed: $7,275.45 | 2100-000 | | 7,275.45 | 72,252.70 |
| 02/05/19 | 103 | Crane, Simon, Clar & Dan | Distribution payment - Dividend paid at 100.00% of $4,974.00; Claim # ; Filed: $4,974.00 | 3110-000 | | 4,974.00 | 67,278.70 |
| 02/05/19 | 104 | Crane, Simon, Clar & Dan | Distribution payment - Dividend paid at 100.00% of $156.23; Claim # ; Filed: $156.23 | 3120-000 | | 156.23 | 67,122.47 |
| 02/05/19 | 105 | Kutchins, Robbins & Diamond, Ltd. | Distribution payment - Dividend paid at 100.00% of $901.00; Claim # ; Filed: $901.00 | 3410-000 | | 901.00 | 66,221.47 |
| 02/05/19 | 106 | BAC Home Loans Servicing LP | Distribution payment - Dividend paid at 4.09% of $1,620,676.82; Claim # 1; Filed: $1,620,676.82 | 7200-000 | | 66,221.47 | 0.00 |
| | | | **COLUMN TOTALS** | | 80,509.05 | 80,509.05 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 80,509.05 | 80,509.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$80,509.05** | **$80,509.05** | |

*{ } Asset Reference(s)*     UST Form 101-7-TDR ( 10 /1/2010)                    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-02735 | **Trustee Name:** | Eugene Crane (330350) |
| **Case Name:** | OLSON, STEVEN T. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3563 | **Account #:** | ******8300 Checking |
| **For Period Ending:** | 03/15/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

|  |  |
|---:|---:|
| Net Receipts: | $80,509.05 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $80,509.05 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8300 Checking | $80,509.05 | $80,509.05 | $0.00 |
| | **$80,509.05** | **$80,509.05** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)